EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Rigel Sabater Solá<br>    George A. Polish Matos | 2003 TSPR 106<br><br>159 DPR _____ |

Número del Caso: 8228
          Cons. 10,778


Fecha: 30/mayo/2003


Colegio de Abogados de Puerto Rico:
                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora




Materia: Conducta Profesional
        (La suspensión de Rigel Sabater Solá es efectiva a
        partir del 13 de junio de 2003 y la de George A. Polish
        Matos es efectiva a partir del 10 de junio de 2003,
        fecha en que se les notificó a los abogados de su
        suspensión inmediata.)

        Este documento constituye un documento oficial del
        Tribunal Supremo que está sujeto a los cambios y
        correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su
        distribución electrónica se hace como un servicio
        público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

Rigel Sabater Solá                        8228
George A. Polish Matos                  10,778
                                          Cons.

Querella sobre suspensión del ejercicio de la abogacía y la notaría

PER CURIAM

San Juan, Puerto Rico, a 30 de mayo de 2003.

Mediante sendas Resoluciones (8228 y 10,778) de 22 de noviembre de 2002, concedimos término de veinte (20) días a los abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Dichas Resoluciones fueron notificadas por correo a la dirección de récord de los abogados querellados.

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Por versar las Resoluciones 8228 y 10,778 sobre el mismo asunto, la falta de pago de la cuota de colegiación, para propósitos decisorios se consolidan.

Tomando en consideración la renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales, Rubín, 139 D.P.R. 44 (1995); In re: Serrallés III, supra; Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); y la indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Colón Torres, 129 D.P.R. 490 (1991); In re: Pérez Benabé, 133 D.P.R. 361 (1933); In re: Ribas Dominici, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992), se decreta la suspensión inmediata e indefinida, y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía y la notaría de los abogados de epígrafe.

El Tribunal, además, le impone a los querellados de epígrafe el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, y les ordena devolver cualesquiera honorarios recibidos por trabajos no realizados. También deberán informar de su suspensión a los distintos foros judiciales y administrativos del país.

Los querellados deberán certificarnos en treinta (30) días, contados a partir de la notificación de esta Opinión Per

Curiam, el cumplimiento con estos deberes, notificando también al Procurador General.

Se ordenará la notificación personal de la presente a través de la Oficina del Alguacil General de este Tribunal, quien procederá de inmediato a incautarse de la obra y sello notarial de Rigel Sabater Solá y George A. Polish Matos, luego de lo cual entregará los mismos a la Oficina de Inspección de Notarías para la correspondiente inspección e informe.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:                                              Querella sobre
                                                    suspensión del
                                                    ejercicio de la
                                                    abogacía y la
                                                    notaría
Rigel Sabater Solá                    8228
George A. Polish Matos              10,778
                                     Cons.

SENTENCIA

San Juan, Puerto Rico, a 30 de mayo de 2003.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se decreta la suspensión inmediata e indefinida y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía y de la notaría de Rigel Sabater Solá y George A. Polish Matos.

Se ordena la notificación personal de esta Opinión a través de la Oficina del Alguacil de este Tribunal, quien se incautará de la obra y sello notarial de Rigel Sabater Solá y George A. Polish Matos y las entregará a la Directora de la Oficina de Inspección de Notarías.

Los querellados notificarán a sus clientes que por motivo de su suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados. Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro

administrativo donde tengan algún caso pendiente. Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez disiente sin opinión escrita. Los Jueces Asociados señores Rebollo López y Naveira de Rodón no intervinieron.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo